IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY ROGER BAISDEN II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv549-MHT |
| ) | (WO) |
| OFFICER DEJARNETTE, in her ) | |
| individual and official ) | |
| capacities, at Staton ) | |
| Correctional Facility, ) | |
| Alabama Department Of ) | |
| Corrections, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that:

(1) The plaintiff's motion for temporary restraining order (doc. no. 5) is denied.

(2) The plaintiff's motion for preliminary injunction (doc. no. 5) remains pending and is referred back to the magistrate judge for consideration.

DONE, this the 17th day of August, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE