IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY ROGER BAISDEN II,  )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>OFFICER DEJARNETTE at     )<br>Staton Correctional       )<br>Facility,                 )<br>                          )<br>     Defendant.           ) | CIVIL ACTION NO.<br>2:15cv549-MHT<br>(WO) |

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied.  In the motion, plaintiff, a state prisoner, requests a preliminary injunction ordering the defendant not to retaliate against him and not to transfer him to another level-four institution. There are no objections to the recommendation.  After an independent and de novo review of the record, the court has concluded that the recommendation should be adopted.

\*\*\*

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 7) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 5) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 11th day of September, 2015.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**